09-1101-cr(L); 09-1212-cr(CON)
United States v. Raysor and Henderson

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of March, two thousand and ten.

PRESENT: JOSEPH M. McLAUGHLIN,
         ROBERT A. KATZMANN,
         RICHARD C. WESLEY,
                 *Circuit Judges.*

---

UNITED STATES OF AMERICA,

                 *Appellee,*

        -v.-                                    09-1101-cr(L)
                                                09-1212-cr(CON)

UMEME RAYSOR, *et al.,*

                 *Defendants,*

CHAKA RAYSOR and DERRICK HENDERSON,

                 *Defendants-Appellants.*[*]

---

[*] The Clerk of the Court is respectfully directed to amend the official captions in these actions to conform to the caption in this summary order.

FOR APPELLANT              GARY SCHOER, Syosset, NY.
CHAKA RAYSOR:

FOR APPELLANT              LARRY SHEEHAN, Bronx,
DERRICK HENDERSON:         NY.

FOR APPELLEE:              ALI KAZEMI, Assistant United
                           States Attorney (David C. James,
                           Assistant United States
                           Attorney, *on the brief*), *for*
                           Benton J. Campbell, United
                           States Attorney for the Eastern
                           District of New York, Brooklyn,
                           NY.

Appeals from the United States District Court for the Eastern District of New York (Vitaliano, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the orders of the district court are **AFFIRMED.**

Defendants-appellees Chaka Raysor and Derrick Henderson ("defendants") appeal from the district court's March 11, 2009 orders, which denied their motions for a reduction of their sentences pursuant to 18 U.S.C. § 3582(c)(2). We assume the parties' familiarity with the facts, the procedural history, and the issues on appeal.

Both defendants pled guilty to a single count of conspiring to possess with intent to distribute crack cocaine, in violation of 21 U.S.C. § 846. At a sentencing proceeding conducted on June 1, 2007, the district court

determined Raysor's applicable Sentencing Guidelines range to be 188 to 235 months, and sentenced him, in the main, to 204 months' incarceration.  **[*Raysor* A25, A29]** The district court sentenced Henderson on June 22, 2007.  The court calculated a Guidelines range of 151 to 188 months and sentenced him principally to 174 months' incarceration.  **[*Henderson* A28, A43 A49]** Both defendants are presently incarcerated.

In 2008, following amendments to the Sentencing Guidelines that instituted a two-level reduction of the offense level for crack-related crimes, both defendants moved for a reduction of their sentence.  *See* U.S.S.G. supp. to app. C, amend. 706 (2007) (amending the drug quantity table for U.S.S.G. § 2D1.1); U.S.S.G. supp. to app. C, amend. 713 (2007) (applying Amendment 706 retroactively).  In separate orders, the district court calculated new, reduced Guidelines ranges for each defendant, which are unchallenged on appeal.  Nevertheless, based on renewed consideration of the factors set forth in 18 U.S.C. § 3553(a), the court declined to alter either defendant's sentence.  **[*Raysor* A43-44; *Henderson* A25]**

We review the district court's denial of defendants'

motions for abuse of discretion. *United States v. Borden*, 564 F.3d 100, 104 (2d Cir. 2009). Defendants do not dispute that the district court re-considered the § 3553(a) factors in connection with their motions, as it was obligated to do. *See* 18 U.S.C. § 3582(c)(2). In doing so, the court emphasized the considerations that guided its initial application of these factors with respect to each defendant at the time he was originally sentenced. That approach, in and of itself, did not constitute an abuse of discretion.

Moreover, the district court was authorized — but not obligated — to reduce defendants' sentences. At bottom, however, defendants' appellate arguments indicate that they simply disagree with the manner in which the court applied the § 3553(a) factors when resolving their motions. Such contentions are insufficient to warrant relief from this Court. Accordingly, the district court's orders are **AFFIRMED.**

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

4